**476** LOVE ET AL. vs. CIRCUIT JUDGE (St. Clair), No. 13776, 97 M., 625.

To vacate an order adjudging relators guilty of contempt for refusing to pay costs awarded against them on continuance.

Denied November 1, 1893, with costs, on the ground that certiorari is the proper remedy.